Texas Parks and Wildlife Department
Exempted Fishing Permit (EFP)
**PERMIT NO.:** 18-SERO-05

Management of the Harvest of Red Snapper by the Private Recreational Component in
the Exclusive Economic Zone Off Texas's Gulf Coast for 2018 and 2019

This EFP is issued to the Texas Parks and Wildlife Department (TPWD) in accordance with
procedures established at 50 CFR 600.745(b). The EFP establishes a specific allocation of red
snapper, as described in the attached "Terms and Conditions" (Appendix 1), to be harvested
during the 2018 and 2019 fishing years by private anglers and state-licensed charter vessels
included in Texas' angler registry and land red snapper in Texas. The EFP exempts private
anglers, who hold a valid recreational fishing permit issued by the State of Texas and who are in
compliance with all other Texas requirements for landing red snapper in that state, from
regulations at 50 CFR § 622.34(b) (recreational season closure for red snapper) and 50 C.F.R.
622.41(q)(2)(i) (private angler component in-season closure). Private anglers will be able to land
red snapper harvested from state and federal waters during seasons announced by TPWD.
Persons aboard state-licensed charter boats are not exempt from these, or any other federal
regulations.[1] TPWD will account for TPWD's allocation of red snapper in its projections of when
the catch target will be met and will verify these landings through estimates from the Texas
Marine Sport Harvest Monitoring Program. This EFP does not exempt the TPWD's participating
anglers from Section 407(d) (16 U.S.C. 1883) of the Magnuson-Stevens Fishery Conservation
and Management Act. Section 407(d) requires that if the National Marine Fisheries Service
determines the Gulf of Mexico red snapper recreational quota has been met, harvest must be
prohibited for the remainder of the fishing year, even if TPWD had allocation remaining.

The EFP is valid through December 31, 2019, when signed by both the Regional Administrator
and the authorized representative of the TPWD, and becomes effective on the later of the two
signature dates.

As specified in 50 C.F.R. § 600.745(b)(9), failure to comply with any of the attached conditions
in Appendix 1 may be grounds for revocation, suspension, or modification of the EFP with
respect to all persons and vessels conducting activities under the EFP.

Signature                          Date Signed        Signature                 Date Signed
Roy E. Crabtree, Ph.D. Regional Administrator          Robin Riechers, Director
National Marine Fisheries Service                      Coastal Fisheries Division

By signing this document, the EFP holder agrees that
anglers exempt from the specified regulations
understand, and will comply with, the intent and the
terms and conditions outlined in Appendix 1 of this
permit.

[1] TPWD clarifies that the statement included above regarding persons aboard state-licensed
charter boats not being exempt from these, or any other federal regulations applies only to
federal waters, as stated in the attached Appendix, Terms and Conditions on page 2, within the
first paragraph. State-licensed charter boats fishing in state waters are bound by state
regulations.

Exhibit 2



**TEXAS**
**PARKS &**
**WILDLIFE**

Life's better outside.®

**Commissioners**

Ralph H. Duggins
Chairman
Fort Worth

S. Reed Morian
Vice-Chairman
Houston

T. Dan Friedkin
Houston

Anna B. Galo
Laredo

Bill Jones
Austin

Jeanne W. Latimer
San Antonio

James H. Lee
Houston

Dick Scott
Wimberley

Kelcy L. Warren
Dallas

Lee M. Bass
Chairman-Emeritus
Fort Worth

Carter P. Smith
Executive Director

April 13, 2018

Dr. Roy Crabtree
Regional Administrator
Southeast Regional Office, NMFS
263 13th Avenue South
St. Petersburg, FL 33701

RE: Exempted Fishing Permit No. 18-SERO-05

Dear Dr. Crabtree:

Attached is a signed copy of the Exempted Fishing Permit (EFP) (Permit No. 18-SERO-05) for the Management of the Harvest of Red Snapper by the Private Recreational Component in the Exclusive Economic Zone off Texas' Gulf Coast for 2018 and 2019.

We did add a footnote to the permit to clarify the applicability of federal regulations to state-licensed charter boats fishing in state waters. This was cleared up in the terms and conditions in the appendix but was still confusing if left without clarification on the front page.

The state of Texas also wishes to re-emphasize that the application of 407(d) requiring each state to close its recreational red snapper fishing if the Gulf-wide Total Allowable Catch is exceeded because one or more states did not stay within their allocation for the year is contrary to the goal of moving towards state management and could easily and unfairly punish anglers in states that did not go over their allotment of pounds. At a minimum, we believe if a state significantly exceeds their annual allocation, state and federal waters off that state should be immediately closed and the following year's allocation to that state should be reduced by the amount that was exceeded. That way, each state is motivated to manage the red snapper fishery off the coast of that state and stay within its allocation.

We certainly appreciate the efforts to establish the EFP and will also work towards managing the Texas allocation responsibly under the EFP and want to continue our efforts to establish state-based management on a longer term basis.

If you have any questions, please contact me at 512-389-4636.

Sincerely,

Robin Riechers
Director of Coastal Fisheries

RR:lam

Attachment

4200 SMITH SCHOOL ROAD
AUSTIN, TEXAS 78744-3291
512.389.4800
www.tpwd.texas.gov

To manage and conserve the natural and cultural resources of Texas and to provide hunting, fishing and outdoor recreation opportunities for the use and enjoyment of present and future generations.

Exhibit 2

Texas Parks and Wildlife Department
Exempted Fishing Permit (EFP)
**PERMIT NO.: 18-SERO-05**

Management of the Harvest of Red Snapper by the Private Recreational Component in
the Exclusive Economic Zone Off Texas's Gulf Coast for 2018 and 2019

This EFP is issued to the Texas Parks and Wildlife Department (TPWD) in accordance with procedures established at 50 CFR 600.745(b). The EFP establishes a specific allocation of red snapper, as described in the attached "Terms and Conditions" (Appendix 1), to be harvested during the 2018 and 2019 fishing years by private anglers and state-licensed charter vessels included in Texas' angler registry and land red snapper in Texas. The EFP exempts private anglers, who hold a valid recreational fishing permit issued by the State of Texas and who are in compliance with all other Texas requirements for landing red snapper in that state, from regulations at 50 CFR § 622.34(b) (recreational season closure for red snapper) and 50 C.F.R. 622.41(q)(2)(i) (private angler component in-season closure). Private anglers will be able to land red snapper harvested from state and federal waters during seasons announced by TPWD. Persons aboard state-licensed charter boats are not exempt from these, or any other federal regulations.[1] TPWD will account for TPWD's allocation of red snapper in its projections of when the catch target will be met and will verify these landings through estimates through the Texas Marine Sport Harvest Monitoring Program. This EFP does not exempt the TPWD's participating anglers from Section 407(d) (16 U.S.C. 1883) of the Magnuson-Stevens Fishery Conservation and Management Act. Section 407(d) requires that if the National Marine Fisheries Service determines the Gulf of Mexico red snapper recreational quota has been met, harvest must be prohibited for the remainder of the fishing year, even if TPWD had allocation remaining.

The EFP is valid through December 31, 2019, when signed by both the Regional Administrator and the authorized representative of the TPWD, and becomes effective on the later of the two signature dates.

As specified in 50 C.F.R. § 600.745(b)(9), failure to comply with any of the attached conditions in Appendix 1 may be grounds for revocation, suspension, or modification of the EFP with respect to all persons and vessels conducting activities under the EFP.

_____   _____      _____  4/13/18
Signature                         Date Signed         Signature                Date Signed
Roy E. Crabtree, Ph.D. Regional Administrator         Robin Riechers, Director
National Marine Fisheries Service                     Coastal Fisheries Division

By signing this document, the EFP holder agrees that
anglers exempt from the specified regulations
understand, and will comply with, the intent and the
terms and conditions outlined in Appendix 1 of this
permit.

[1] TPWD clarifies that the statement included above regarding persons aboard state-licensed charter boats not being exempt from these, or any other federal regulations applies only to federal waters, as stated in the attached Appendix, Terms and Conditions on page 2, within the first paragraph. State-licensed charter boats fishing in state waters are bound by state regulations.

Exhibit 2

Appendix
Terms and Conditions
Texas Parks and Wildlife Department
Exempted Fishing Permit
**PERMIT NO.: 18-SERO-05**

Management of the Harvest of Red Snapper by the Private Recreational Component in the
Exclusive Economic Zone Off Texas's Gulf Coast for 2018 and 2019

## PURPOSE

The purpose of this exempted fishing permit (EFP) is to allow the Texas Parks and Wildlife
Department (TPWD) to conduct a pilot study during 2018 and 2019 to test data collection and
quota monitoring methodologies for management of harvest of red snapper off the Texas Gulf
of Mexico (Gulf) coast by the private recreational component. The federally permitted for-hire
component is not included in this EFP. Note that persons aboard state-licensed charter vessels
are prohibited from fishing for or possessing red snapper in or from federal waters unless those
vessels have been issued a federal reef fish charter vessel/headboat permit[1].

## BACKGROUND

The current management system for red snapper in the Gulf utilizes traditional tools such as bag
limits, size limits, and shortened seasons to remain within the allowable annual catch levels, and
to achieve the other goals and objectives outlined in the fishery management plans. Currently,
the recreational sector for red snapper is divided into the private angling and federal for-hire
components, each with a separate quota. State-permitted for-hire vessels are included in the
private angling component, but are not able to fish in federal waters. Despite regular increases in
the recreational annual catch limit since 2010, shorter federal red snapper seasons have continued
as the quota is caught in a shorter amount of time and inconsistent state water seasons become
longer. The Gulf of Mexico Fishery Management Council (Council) is currently developing
Amendment 50 to the Fishery Management Plan for the Reef Fish Resources of the Gulf of
Mexico to establish a program to allow each Gulf state to establish a management program that
would provide flexibility in the management of the recreational harvest of red snapper for its
anglers.

The National Marine Fisheries Service (NMFS) encouraged each of the five Gulf States to
submit EFP applications to test state-based recreational red snapper management programs, and
in response, each Gulf state developed a proposal for a pilot study. The Council reviewed these
applications, and after careful deliberation, recommended the approval of each state's EFP
application with the caveat that the length of the Gulf-wide federal for-hire component season
not be affected by the issuance of these EFPs.

By issuing this EFP, NMFS exempts private anglers who hold a valid recreational fishing permit
issued by the State of Texas and who are in compliance with all other Texas requirements for

---

[1] Persons aboard vessels that have been issued a federal reef fish charter vessel/headboat permit may fish for or
possess red snapper in and from federal waters only during the federal charter vessel/headboat season and are not
exempt from any federal regulations.

1

Exhibit 2

landing red snapper in that state from regulations at 50 CFR § 622.34(b) (recreational season closure for red snapper) and 50 C.F.R. 622.41(q)(2)(i) (private angler component in-season closure). Private anglers will be able to land red snapper harvested from state and federal waters during seasons announced by TPWD. Note that persons aboard state-licensed charter vessels are not exempt from these, or any other federal regulations, and cannot fish for or possess gulf reef fish in or from federal waters unless that vessel also has a federal reef fish permit. For purposes of this project, NMFS establishes the following terms and conditions, which specify how this program will be conducted.

Although not covered by this EFP, TPWD's application indicated it will encourage anglers and state-licensed charter vessel captains to report landings through the iSnapper mobile application. Anglers and state-licensed charter vessel captains will also be encouraged to use fish descender devices or venting tools for fish showing signs of barotrauma.

TERMS AND CONDITIONS

A.   INITIAL ISSUANCE OF ALLOCATION TO TPWD

After the EFP is effective, NMFS will establish an apportionment of the red snapper recreational quota corresponding to the proportion of TPWD's request for the private angling component. TPWD based its request on 16% of the total Gulf-wide recreational catch limit. For the private angling component, this equates to 241,245 pounds whole weight (ww), as shown in Table 1 of the application. The Gulf red snapper stock is currently being assessed. Should this assessment result in a change to the 2019 recreational quota, the terms and conditions of this EFP will be reissued to reflect the adjustment to Texas' allocation. All red snapper landed in Texas will be counted against Texas' quota and the fishery in both state and federal waters will be closed when the combined state and federal waters private angling landings are projected to meet the quota. TPWD's allocation, when combined with the allocation provided to other Gulf states in their respective EFPs, does not exceed the Gulf-wide private angling component quota.

B. PERMIT CONDITIONS

Texas opened state waters on January 1, 2018; any landings in state waters before issuance of this EFP will count against the 2018 quota allocated through this EFP. Texas will explore setting the opening date for federal waters at a time of the year when sea conditions are more favorable to recreational fishing (sometime after June 1). For 2019, TPWD would work through the TPW Commission to set appropriate season lengths (opening and closing dates) for both state and federal waters and monitor catches to stay within the quota.

TPWD will identify anglers who are eligible to harvest red snapper under the EFP by providing NMFS with a registry of state fishing license holders. By holding the appropriate Texas state fishing license, which serves as a proxy for this EFP, anglers agree to be subject to the applicable terms and conditions associated with this EFP. All red snapper landed in Texas must be harvested in accordance with this EFP. TPWD must enforce the Texas private angling season and ensure each participant abides by all federal fishing regulations and specific requirements imposed by NMFS through these terms and conditions when fishing in federal waters.

2

Exhibit 2

Federally permitted for-hire vessels that also have a Texas state charter captain or charter vessel license must follow the federal for-hire season for red snapper harvested in federal waters, and can only fish for red snapper in state waters when both the federal for-hire season and Texas red snapper fishing season overlap. Any harvest by these vessels will be attributed to the federal for-hire component's quota and not counted toward Texas's quota under this EFP.

Private-boat and state charter landings will be estimated by the Texas Marine Sport Harvest Monitoring Program. Private-boat landings will be monitored weekly and these data will be used to generate an estimate of the aggregate number of fish intercepted. As there is a strong relationship between the number of red snapper intercepted and the total private-boat landings estimated, landings (in numbers) will be projected based on the number observed to date, and poundage will be calculated from a length-weight relationship.

TPWD will estimate landings expected in state waters throughout the year and then set the federal season based on the remaining quota. TPWD will monitor landings and should the total quota be reached, TPWD will close the fishery in both state and federal waters. Should the recreational quota be exceeded in 2018, landings would be analyzed and, if needed, adjustments to the following year's season would be made.

TPWD must account for and collect data as specified in the reporting requirements (see below) to NMFS' Southeast Regional Office for posting on their website. Annual draft reports summarizing the results of the EFP by TPWD shall be provided to NMFS for review and comment. NMFS personnel will review the report and determine if it is based on the best available scientific information.

NMFS could terminate the EFP if TPWD violates the terms and conditions of the EFP (see 50 C.F.R. § 600.745(b)(9)).

C. EFFECTIVE DATES

This EFP is effective when signed by the NMFS Regional Administrator and the EFP holder identified on the EFP (18-SERO-05), through December 31, 2019.

D. EXEMPTIONS AND FISHING RESTRICTIONS

This EFP is issued to TPWD in accordance with procedures established at 50 CFR 600.745(b). The EFP exempts private anglers conforming to TPWD's EFP requirements from the following regulations:

1) Recreational season closure for red snapper at 50 CFR § 622.34(b)
2) Private angler component in-season closure at 50 C.F.R. 622.41(q)(2)(i)

This EFP does not exempt private anglers from Section 407(d) (16 U.S.C. 1883(d)) of the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act). Section 407(d) requires that if NMFS determines the Gulf red snapper recreational quota has been met, harvest in federal waters must be prohibited for the remainder of the fishing year. This will apply to all private anglers even if TPWD still has allocation remaining. In addition,

Exhibit 2

the EFP does not exempt private anglers from the federal minimum size limit at 50 CFR § 622.37(a)(1) and bag limit at 50 CFR § 622.38(b)(3) when fishing in federal waters.

E.  REPORTING REQUIREMENTS AND DATA DISSIMENATION

TPWD must report red snapper landings in numbers and pounds, the estimated number of trips and anglers landing red snapper, and any other relevant information to NMFS at least bimonthly. At the end of each fishing year, a final report summarizing the results of the EFP by TPWD shall be provided to NMFS for review and comment as soon as possible but no later than April 15 of the next calendar year.  Because Texas' sampling periods do not conform to the calendar year, the report will included actual landings from January 1 through November 20 and estimated landing for the remainder of the year (November 21 – December 31).

The fishing activities carried out under the EFP, which are otherwise prohibited, are for the purpose of collecting catch information.  The anglers participating under this EFP agree to the public release of aggregated information obtained as a result of activities conducted under this permit.

F.  ENFORCEMENT

Anglers fishing under this EFP must be able to provide the appropriate state license and any other state-required documentation to state and federal law enforcement agents. Anglers fishing for red snapper outside the state season, unless also participating in another state's EFP whose waters are open to red snapper harvest, will be considered in violation of the EFP.

G.  SANCTIONS

Failure of TPWD or any person to comply with the terms and conditions of this permit, any notice issued under 50 CFR Part 600 any other applicable provision of 50 CFR Parts 600 and 622, the Magnuson-Stevens Act, or any other regulations promulgated thereunder, may be grounds for revocation, suspension, or modification of this permit as well as civil or criminal penalties under the Magnuson-Stevens Act with respect to all persons and vessels conducting activities under the EFP (50 CFR § 600.745(b)(9)).

4

Exhibit 2



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
**NATIONAL MARINE FISHERIES SERVICE**
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
http://sero.nmfs.noaa.gov

12/21/2018          F/SER24:PH

Robin Reichers
Texas Parks and Wildlife Department
4200 Smith School Road
Austin, Texas 78744

Dear Mr. Reichers,

Attached please find Texas' revised Terms and Conditions for your exempted fishing permit for management of the harvest of red snapper by the private angling component in the exclusive economic zone off Texas' Gulf of Mexico coast for 2018 and 2019. The revised Terms and Conditions increases the Texas private angler component quota pending the implementation of a red snapper quota increase. A proposed rule to implement the increase published on December 4, 2019. I anticipate the final rule for this action will publish in February or March of 2019. If you have any questions, please contact Susan Gerhart (727-551-5602) or Peter Hood (727-551-5728) on my staff.

Sincerely,

STRELCHECK.AND  Digitally signed by
REW.J.1365863152  STRELCHECK.ANDREW.J.1365
863152
Date: 2018.12.21 10:05:21 -05'00'

for     Roy E. Crabtree, Ph. D.
Regional Administrator

cc: L. Robinson
    M. Lingo



Exhibit 2

Appendix
Updated Terms and Conditions for 2019
Texas Parks and Wildlife Department
Exempted Fishing Permit
**PERMIT NO.:** 18-SERO-05

Management of the Harvest of Red Snapper by the Private Recreational Component in the
Exclusive Economic Zone Off Texas's Gulf Coast for 2018 and 2019

PURPOSE

The purpose of this exempted fishing permit (EFP) is to allow the Texas Parks and Wildlife
Department (TPWD) to conduct a pilot study during 2018 and 2019 to test data collection and
quota monitoring methodologies for management of harvest of red snapper off the Texas Gulf
of Mexico (Gulf) coast by the private recreational component. The federally permitted for-hire
component is not included in this EFP. Note that persons aboard state-licensed charter vessels
are prohibited from fishing for or possessing red snapper in or from federal waters unless those
vessels have been issued a federal reef fish charter vessel/headboat permit[1].

BACKGROUND

The current management system for red snapper in the Gulf utilizes traditional tools such as bag
limits, size limits, and shortened seasons to remain within the allowable annual catch levels, and
to achieve the other goals and objectives outlined in the Fishery Management Plan for the Reef
Fish Resources of the Gulf of Mexico (Reef Fish FMP). Currently, the recreational sector for red
snapper is divided into the private angling and federal for-hire components, each with a separate
quota. State-permitted for-hire vessels are included in the private angling component, but are not
able to fish in federal waters. Despite regular increases in the recreational annual catch limit
(ACL) since 2010, shorter federal red snapper seasons have continued as the quota is caught in a
shorter amount of time and inconsistent state water seasons become longer. The Gulf of Mexico
Fishery Management Council (Council) is currently developing Amendment 50 to the Reef Fish
FMP to establish a program to allow each Gulf state to establish a management program that
would provide flexibility in the management of the recreational harvest of red snapper for its
anglers.

The National Marine Fisheries Service (NMFS) encouraged each of the five Gulf States to
submit EFP applications to test state-based recreational red snapper management programs, and
in response, each Gulf state developed a proposal for a pilot study. The Council reviewed these
applications, and after careful deliberation, recommended the approval of each state's EFP
application with the caveat that the length of the Gulf-wide federal for-hire component season
not be affected by the issuance of these EFPs.

By issuing this EFP, NMFS exempts private anglers who hold a valid recreational fishing permit
issued by the State of Texas and who are in compliance with all other Texas requirements for
landing red snapper in that state from regulations at 50 CFR § 622.34(b) (recreational season
closure for red snapper) and 50 C.F.R. 622.41(q)(2)(i) (private angler component in-season

---

[1] Persons aboard vessels that have been issued a federal reef fish charter vessel/headboat permit may fish for or
possess red snapper in and from federal waters only during the federal charter vessel/headboat season and are not
exempt from any federal regulations.

1
Exhibit 2

closure).  Private anglers will be able to land red snapper harvested from state and federal waters during seasons announced by TPWD.  Note that persons aboard state-licensed charter vessels are not exempt from these, or any other federal regulations, and cannot fish for or possess gulf reef fish in or from federal waters unless that vessel also has a federal reef fish permit.  For purposes of this project, NMFS establishes the following terms and conditions, which specify how this program will be conducted.

Although not covered by this EFP, TPWD's application indicated it will encourage anglers and state-licensed charter vessel captains to report landings through the iSnapper mobile application.  Anglers and state-licensed charter vessel captains will also be encouraged to use fish descender devices or venting tools for fish showing signs of barotrauma.

TERMS AND CONDITIONS

A.  2019 ISSUANCE OF ALLOCATION TO TPWD

NMFS has established an apportionment of the red snapper recreational quota corresponding to TPWD's request for the private angling component.  TPWD based its request on 16% of the Gulf-wide annual private angling component quota.  For the private angling component, this equated to 241,245 pounds whole weight (ww) in 2018.  For 2019, the red snapper private angling component ACL is proposed to be increased to 4,269,000 pounds ww.  As a result of the proposed ACL increase, the red snapper private angling quota for Texas would be 265,090 pounds ww, an increase of 23,845 pounds ww.  All red snapper landed in Texas will be counted against Texas' quota and both state and federal waters will be closed when the combined state and federal waters private angling landings are projected to meet the quota.  TPWD's allocation, when combined with the allocation provided to other Gulf states in their respective EFPs, does not exceed the Gulf-wide private angling component quota.

B. PERMIT CONDITIONS

Texas opened state waters on January 1, 2018; any landings in state waters before issuance of this EFP will count against the 2018 quota allocated through this EFP.  Texas will explore setting the opening date for federal waters at a time of the year when sea conditions are more favorable to recreational fishing (sometime after June 1).  For 2019, TPWD will work through the TPWD Commission to set appropriate season lengths (opening and closing dates) for both state and federal waters and monitor catches to stay within the quota.

TPWD will identify anglers who are eligible to harvest red snapper under the EFP by providing NMFS with a registry of state fishing license holders.  By holding the appropriate Texas state fishing license, which serves as a proxy for this EFP, anglers agree to be subject to the applicable terms and conditions associated with this EFP.  All red snapper landed in Texas must be harvested in accordance with this EFP.  TPWD must enforce the Texas private angling season and ensure each participant abides by all federal fishing regulations and specific requirements imposed by NMFS through these terms and conditions when fishing in federal waters.

Federally permitted for-hire vessels that also have a Texas state charter captain or charter vessel license must follow the federal for-hire season for red snapper harvested in federal waters, and can only fish for red snapper in state waters when both the federal for-hire season and Texas red

snapper fishing season overlap. Any harvest by these vessels will be attributed to the federal for-hire component's quota and not counted toward Texas's quota under this EFP.

Private-boat and state charter landings will be estimated by the Texas Marine Sport Harvest Monitoring Program. Private-boat landings will be monitored weekly and these data will be used to generate an estimate of the aggregate number of fish intercepted. As there is a strong relationship between the number of red snapper intercepted and the total private-boat landings estimated, landings (in numbers) will be projected based on the number observed to date, and poundage will be calculated from a length-weight relationship.

TPWD will estimate landings expected in state waters throughout the year and then set the federal season based on the remaining quota. TPWD will monitor landings and should the total quota be reached. TPWD will close harvest for red snapper private recreational component in both state and federal waters. If the recreational quota is exceeded in 2019, TPWD will adjust the quota for the following year to account for the overage in 2019 should the EFP be extended for an additional year.

TPWD must account for and collect data as specified in the reporting requirements (see below) to NMFS' Southeast Regional Office for posting on their website. Annual draft reports summarizing the results of the EFP by TPWD shall be provided to NMFS for review and comment. NMFS personnel will review the report and determine if it is based on the best available scientific information.

NMFS could terminate the EFP if TPWD violates the terms and conditions of the EFP (see 50 C.F.R. § 600.745(b)(9)).

## C. EFFECTIVE DATES

This EFP is effective when signed by the NMFS Regional Administrator and the EFP holder identified on the EFP (18-SERO-05), through December 31, 2019.

## D. EXEMPTIONS AND FISHING RESTRICTIONS

This EFP is issued to TPWD in accordance with procedures established at 50 CFR 600.745(b). The EFP exempts private anglers conforming to TPWD's EFP requirements from the following regulations:

1) Recreational season closure for red snapper at 50 CFR § 622.34(b)
2) Private angler component in-season closure at 50 C.F.R. 622.41(q)(2)(i)

This EFP does not exempt private anglers from Section 407(d) (16 U.S.C. 1883(d)) of the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act). Section 407(d) requires that if NMFS determines the Gulf red snapper recreational quota has been met, harvest in federal waters must be prohibited for the remainder of the fishing year. This will apply to all private anglers even if TPWD still has allocation remaining. In addition, the EFP does not exempt private anglers from the federal minimum size limit at 50 CFR § 622.37(a)(1) and bag limit at 50 CFR § 622.38(b)(3) when fishing in federal waters.

## E. REPORTING REQUIREMENTS AND DATA DISSIMENATION

TPWD must report red snapper landings in numbers and pounds, the estimated number of trips and anglers landing red snapper, and any other relevant information to NMFS at least bimonthly. At the end of each fishing year, a final report summarizing the results of the EFP by TPWD shall be provided to NMFS for review and comment as soon as possible but no later than April 15 of the next calendar year.  Because Texas' sampling periods do not conform to the calendar year, the report will included actual landings from January 1 through November 20 and estimated landing for the remainder of the year (November 21 – December 31).

The fishing activities carried out under the EFP, which are otherwise prohibited, are for the purpose of collecting catch information.  The anglers participating under this EFP agree to the public release of aggregated information obtained as a result of activities conducted under this permit.

## F. ENFORCEMENT

Anglers fishing under this EFP must be able to provide the appropriate state license and any other state-required documentation to state and federal law enforcement agents.  Anglers fishing for red snapper outside the state season, unless also participating in another state's EFP whose waters are open to red snapper harvest, will be considered in violation of the EFP.

## G. SANCTIONS

Failure of TPWD or any person to comply with the terms and conditions of this permit, any notice issued under 50 CFR Part 600 any other applicable provision of 50 CFR Parts 600 and 622, the Magnuson-Stevens Act, or any other regulations promulgated thereunder, may be grounds for revocation, suspension, or modification of this permit as well as civil or criminal penalties under the Magnuson-Stevens Act with respect to all persons and vessels conducting activities under the EFP (50 CFR § 600.745(b)(9)).

Exhibit 2