IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, <br><br> *Petitioner*, <br><br> v. <br><br> THE U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> *Respondents*. | Civil Action No. 3:20-cv-00297 |

### STIPULATION OF DISMISSAL

Please take notice that, because the Petitioner, the State of Texas, and the Respondents, the U.S. Department of Commerce, the National Oceanic and Atmospheric Administration ("NOAA"), the National Marine Fisheries Service ("NMFS"), Gina Raimondo, in her official capacity as the Secretary of Commerce, Stephen Volz, Ph.D., in his official capacity as the Acting Assistant Secretary of Commerce for Environmental Observation and Prediction, Janet Coit, in her official capacity as the Assistant Administrator for Fisheries of NMFS, Samuel D. Rauch, III, in his official capacity Deputy Assistant Administrator for Regulatory Programs, NMFS, and Andrew Strelcheck, in his official capacity as Regional Administrator, Southeast Regional Office, NMFS, have settled the claims that Petitioner raised in its Complaint (Dkt. 1), the Petitioner and Respondents stipulate to the dismissal of the instant action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this notice serves to dismiss this action without a court order.

Respectfully submitted this 22nd day of December, 2021.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division


/s/ *Linda B. Secord*
LINDA B. SECORD
Attorney-in-Charge Assistant Attorney General
Texas Bar No. 17973400
Southern District ID: 1850549
Linda.Secord@oag.texas.gov

KELLIE E. BILLINGS-RAY
Deputy Division Chief
Texas Bar No. 24042447
Southern District ID: 3595484
Kellie.Billings-Ray@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

*Counsel for Petitioner*

/s/ *J. Brett Grosko* (with permission)
J. BRETT GROSKO
*Senior Trial Attorney*
Wildlife and Marine Resources Section
Environment & Natural Resources Division
150 M St., N.E. Washington, D.C. 20002
Tel: 202-305-0342
Email: brett.grosko@usdoj.gov

*Counsel for Respondents*

*Of Counsel*

Mara Levy, Esq.
NOAA Office of General Counsel
Saint Petersburg, Florida

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, a true and correct copy of the foregoing document was served to all counsel of record via the Court's CM/ECF system.

/s/ *Linda B. Secord*
LINDA B. SECORD